Per C. Olson, OSB #933863
HOEVET OLSON, PC
1000 SW Broadway, Suite 1740
Portland, Oregon  97205
Telephone:  (503) 228-0497
Facsimile:  (503) 228-7112
Email:  per@hoevetlaw.com

        Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>HERBERT LEE STREETER,<br><br>      Defendant. | Case No. 3:25-CR-00061-IM<br><br>DEFENDANT'S MOTION FOR TEMPORARY RELEASE PURSUANT TO 18 U.S.C. § 3142(i)<br><br><u>Hearing Requested</u> |

Defendant, Herbert Lee Streeter, through his attorney Per C. Olson, moves this Court for an order permitting Mr. Streeter's temporary release from custody, pursuant to 18 U.S.C. § 3142(i) (authorizing temporary release of pretrial detainees for "compelling reason").  The Court is asked to consider this motion at the presently set change of plea hearing on Tuesday, April 28, 2026, at 2:00 p.m.

Mr. Streeter seeks release in order to put his affairs in order before having to serve a likely prison sentence contemplated by the parties' plea agreement. Specifically, Mr. Streeter would like to dispose of certain property, including the re-titling or sale of automobiles.  In addition, he would like to seek medical attention for a bulge or cyst protruding from his right chest area.  The BOP medical staff has looked at the

Page 1 - DEFENDANT'S MOTION FOR TEMPORARY RELEASE
      PURSUANT TO 18 U.S.C. § 3142(i)

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON  97205
(503) 228-0497

bulge and does not believe that it warrants treatment, but Mr. Streeter is concerned about whether it could be cancerous or related to a recent diagnosis of hepatitis.  Last, Mr. Streeter would like to be released so that he may briefly grieve with family over the deaths of several family members since his incarceration, including most recently, a granddaughter.

Mr. Streeter's plan would be to reside with his daughter and be on home confinement with GPS monitoring, allowing him to leave for treatment, medical, legal/court, and other matters approved by Pretrial.

DATED this  24th day of April, 2026.

HOEVET OLSON, PC


_s/  Per C. Olson_____
Per C. Olson, OSB #933863
Of Attorneys for Defendant

HOEVET OLSON, PC
ATTORNEYS AT LAW
1000 S.W. BROADWAY, #1740
PORTLAND, OREGON  97205
(503) 228-0497